# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                 )

VSE Corporation           )      ASBCA No. 61369

Under Contract No. W56HZV-15-D-ER18    )

APPEARANCES FOR THE APPELLANT:      John S. Pachter, Esq.
                                        Armani Vadiee, Esq.
                                        Todd M. Garland, Esq.
                                          Smith Pachter McWhorter PLC
                                          Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                            Army Chief Trial Attorney
                                            Robert B. Neill, Esq.
                                            Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 11, 2019

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61369, Appeal of VSE Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals